## STATE OF CONNECTICUT *v.* LOUIS D'ANTONIO

The Supreme Court docket number is SC 17095.

*Ronald G. Weller,* assistant state's attorney, in support of the petition.

*Adele V. Patterson,* assistant public defender, in opposition.

Decided November 20, 2003

## STATE OF CONNECTICUT *v.* LOUIS D'ANTONIO

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 79 Conn. App. 696 (AC 23428), is granted, limited to the following issue:

"Did the Appellate Court properly reverse the judgments of conviction on the basis of plain error?"

The Supreme Court docket number is SC 17096.

*Ronald G. Weller,* assistant state's attorney, in support of the petition.

*Adele V. Patterson,* assistant public defender, in opposition.

Decided November 20, 2003